UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Dividsion
www.flsb.uscourts.gov

In re:
AARON E. BOORSTEIN                                              CASE NO. 14-30088-RBR
    Debtor.                                                     Chapter 7
_____/

CERTIFICATE OF SERVICE on the
NOTICE OF CHAPTER 7 BANKRUPTCY CASE , MEETING OF CREDITORS,
& DEADLINES ( DE # 2 )

The following parties were  served the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines ( DE# 2), via First Class U S Mail on November 3, 2014: RBC Centura Bank, Lending Service Center, Rocky Mount, NC 27802; Levine & Stewart, John T. Stewart, 100 Europa Avenue, # 360 Chapel Hill, NC 27517:  The following parties were served via the Notice of Electric Filing on September 6, 2014:

Orfelia M Mayor on behalf of Creditor Karen Diamond
omayor@ombankruptcy.com, jessica@ombankruptcy.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;clarecasas@ombankruptcy.com;omayor@ecf.inforuptcy.com

Office of the US Trustee. USTPRegion21.MM.ECF@usdoj.gov

Damaris D Rosich-Schwartz on behalf of U.S. Trustee Office of the US Trustee
Damaris.D.Rosich-Schwartz@usdoj.gov

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

Respectfully submitted,

**FLORIDA BANKRUPTCY GROUP, LLC**
Attorneys for Debtor
4121 N. 31st Avenue
Hollywood, FL 33021-2011
T: 954-893-7670
F: 954-893-7675
By: s/ Kevin C. Gleason
Kevin C Gleason, Esq.,  FLB No.  369500
BankruptcyLawyer@aol.com