UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 14-30088-RBR

AARON E. BOORSTEIN,                              Chapter 7

     Debtor.
_____/

### EX-PARTE MOTION TO EMPLOY ACCOUNTING CONSULTANT FOR THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO JANUARY 21, 2015

Trustee, Kenneth Welt, by undersigned counsel respectfully request an Order of the Court authorizing the employment of Sandirose Magder and Analytic Consulting Group ("ACG") as an accounting professional and consultant to the Trustee *Nunc Pro Tunc* to January 21, 2015, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, and states as follows:

1. The Trustee desires to hire an accounting professional and consultant for the purpose of analyzing the Debtor's financial affairs and records, including primarily the closely held companies in which the Debtor holds an interest.

2. The Trustee believes that the Debtor's prepetition interest and now the estate's 50% interest in Medical Affiliates, PL has significant value.

3. The business of Medical Affiliates, PL consists of pain management medical services which are provided on a primarily flat fee basis and are paid for exclusively in cash. The Debtor indicates that the patient counts and daily records of patient receipts are maintained in paper format and input into an accounting software only upon gross deposits made to the bank.

4. The Trustee wishes to conduct a review of the average revenue base of the business, including a review of the accounting records, and direct observation of patient counts.

5. The Trustee and counsel for the Debtor have conferred to coordinate the Trustee's observation of the business.

6. The Trustee requests authority to hire ACG to observe and conduct the above analysis of the Debtor's business and its revenue, as well as to analyze financial information to be provided by the Debtor and his businesses.

7. Sandirose Magder will charge $175 per hour for her services, and additional staff will be utilized at reduced hourly rates for tasks and observation which do not require professional services, but can be completed by administrative staff.

8. Attached hereto is a declaration of Sandirose Magder affirming that she and ACG are disinterested as required by 11 U.S.C. s. 327.

9. Ms. Magder has extensive experience in connection with business analysis and the assistance of Trustee's in the review and analysis of Debtor financial affairs and business interests.

10. ACG does not hold any interest adverse to the estate and does not represent any creditor or party-in-interest with respect to any matter within the scope of its engagement. ACG and Ms. Magder, perform work for the Trustee in connection with other matters, and for Trustee Services, Inc., as disclosed in the attached declaration.

11. Analytics has agreed to perform its services to the Trustee on an hourly basis and will submit applications pursuant to 11 U.S.C. §330.

WHEREFORE, the Trustee, respectfully requests the entry of an Order approving the retention of ACG and Sandirose Magder *nunc pro tunc* to January 21, 2015, and granting such other and further relief as is just and proper.

        **RICE PUGATCH ROBINSON & SCHILLER, P.A.**
        Counsel to the Trustee
        101 NE 3rd Ave., Suite 1800
        Fort Lauderdale, FL 33301
        Telephone:   (954) 462-8000
        Facsimile:   (954) 462-4300

        By:   /s/ Craig A. Pugatch
              CRAIG A. PUGATCH
              Florida Bar No. 653381
              capugatch@rprslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the Court's CM/ECF system to the parties who receive notice by this method and via U.S. Mail to all parties listed on the attached Service List on this 22nd day of January 2015.

        By: /s/ Craig A. Pugatch

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 14-30088-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Jan 22 13:49:15 EST 2015 | GGP Limited Partnership<br>c/o Kristen N Pate<br>110 N Wacker Dr<br>Chicago, IL 60606-1511 | Recovery Management Systems Corp<br>25 SE 2 Ave #1120<br>Miami, FL 33131-1605 |
| Ally Financial<br>POB 78234<br>Phoenix, AZ 85062-8234 | CRT Collection Service Inc<br>3209 Johnston Street # B<br>Lafayette, LA 70503-3763 | Citi Card<br>POB 15153<br>Wilmington, DE 19886-5153 |
| General Growth Industries<br>110 N Wacker Drive<br>Chicago, IL 60606-1526 | Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | Karen Lucinda Diamond-Boorstein<br>205 Park Bluff N<br>Chapel Hill, NC 27517-8162 |
| La Vita Dolce Cafes, LLC<br>13006 Morehead<br>Chapel Hill, NC 27517-8448 | Levine & Stewart<br>John T. Stewart<br>100 Europa Avenue, # 360<br>Chapel Hill, NC 27517-2395 | Meadowmont Howners' Association<br>400 Meadowmont Village CIrcle, # 42<br>Chapel Hill, NC 27517-7505 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Orange County Tax  Collector<br>POB 8181<br>Hillsborough, NC 27278-8181 | PNC/PHH<br>POB 0055<br>Palatine, IL 60055-0001 |
| PNC/PHH<br>POB 371458<br>Pittsburgh, PA 15250-7458 | Parlament House<br>405 N Ocean Blvd<br>Pompano Beach, FL 33062-5116 | RBC Centura Bank<br>Lending Service Center<br>Rocky Mount, NC 27802 |
| Southpoint Mall, LLC<br>6910 Fayetteville Road, # 254<br>Durham, NC 27713-8247 | Sweeting Appraisal<br>250 Sunset Drive<br>Blowing Rock, NC 28605-7206 | Tahiti Village Vacation Club<br>File 50446<br>Los Angeles, CA 90074-0446 |
| Time Warner Cable TV<br>60 Columbus Circle, 16th Floor<br>New York, NY 10023-5860 | USAA<br>10750 McDermott Freeway<br>San Antonio, TX 78288-1600 | Watauga County Tax Collector<br>Ste 21 Courthouse<br>842 W King St<br>Boone, NC 28607-3485 |
| Wells Fargo<br>POB 11758<br>Newark, NJ 07101-4758 | Aaron E Boorstein<br>405 N Ocean Blvd., # 1924<br>Pompano Beach, FL 33062-5152 | Karen Diamond<br>161 SW 52 Terr<br>Plantation, FL 33317-3622 |
| Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 | Kevin C Gleason Esq<br>4121 N 31 Ave.<br>Hollywood, FL 33021-2011 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 14-30088-RBR

AARON E. BOORSTEIN,                                       Chapter 7

      Debtor.
_____/

### DECLARATION IN SUPPORT OF EX-PARTE MOTION TO EMPLOY ACCOUNTING CONSULTANT FOR THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO JANUARY 21, 2015

STATE OF FLORIDA            )
                                  ) SS:
COUNTY OF BROWARD    )

      SANDIROSE MAGDER, being duly sworn, says:

      1.     I am the Managing Partner of Analytic Consulting Group, LLC ("ACG"). ACG maintains offices at 20125 NE 25th Ave, Miami, FL 33180.

      2.     Neither I, nor ACG, nor any professionals of ACG represent any interest adverse to the Trustee or the estate, and we are disinterested persons with respect to the above captioned matter.

      3.     Neither I, nor ACG, nor any professionals of ACG have any connections with the Debtor, creditors, any other party in interest, their respective attorneys, accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

      4.     I have known the Trustee since April 2003. Since that time, I have been engaged in matters involving the Trustee which fall into one of the following four categories:

  a)   Cases in which I was a W-2 employee of Barbee & Associates, Inc. ("B&A"), in which B&A was a Court-approved professional and the Trustee was the Chapter 7 or Chapter 11 Trustee;

  b)   Cases in which the Trustee was/is the Chapter 7 or Chapter 11 Bankruptcy Trustee, and I was engaged as either a 1099 independent contractor or a W-2 employee of the bankruptcy estate and paid during the course of the estate administration;

  c)   Cases in which the Trustee was/is the Chapter 7 or Chapter 11 Bankruptcy Trustee, and I or ACG was retained as an Court-approved professional of the estate pursuant to Section 327(a) of the Bankruptcy Code; and

  d)   Matters in which I worked as a 1099 independent contractor of Trustee Services, Inc. ("TSI"). The Trustee is the President of TSI.

5.   A list of cases related to the above 4 categories will be provided to the Court and the United States Trustee for review upon request.

6.   I have never been an employee of any entity owned by the Trustee, and have never received W-2 wages or a W-2 form from any such entity. Neither I nor ACG have ever been retained by the Trustee to represent the Trustee, individually, in any personal matter.

7.   ACG has in the past or may in the future, represent parties in unrelated cases whose interests were or may be adverse to the Trustee in his capacity as trustee of unrelated debtor(s)' estates.

8.   ACG may in the future represent the Trustee individually in his capacity as Trustee.

9. The Trustee and ACG assert that none of the foregoing disclosures affect ACG's eligibility to represent the Trustee in the instant case.

10. ACG does not hold any interest adverse to the estate.

11. ACG has conducted a conflict check and does not possess any conflict with respect to the subject engagement. ACG will conduct additional conflict checks as interested parties or defendants are identified with respect to potential litigation.

12. Except for the representation of the Trustee, neither I nor ACG nor any of ACG's professionals have or will represent any other entity in connection with this case and neither I nor ACG nor any of ACG's professionals will accept any fee from any other party or parties in this case, except as approved by the Bankruptcy Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

SANDIROSE MAGDER