UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 14-30088-RBR

AARON E. BOORSTEIN,                                 Chapter 7

      Debtor.
_____/

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL RIGHT, TITLE, AND INTEREST IN REAL PROPERTY

**PURSUANT TO BANKRUPTCY RULE 6004 AND LOCAL RULE 6004-1(D), THIS PROPOSED USE, SALE OR LEASE WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER IF NO OBJECTION TO THE USE, SALE OR LEASE IS FILED AND SERVED WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE**

**Kenneth A. Welt**, as Chapter 7 Trustee for the estate of Aaron E. Boorstein (the "Debtor"), by and through undersigned counsel and pursuant to Section 363(b) of the Bankruptcy Code, Fed. R. Bankr. 2002(a)(2) and 6004, and Local Rule 6004-1, respectfully requests this Court for the entry of an Order authorizing the Trustee to sell to the estate's interest in two pieces of real property located in North Carolina for the net purchase price to the estate of $23,000. In support of the request relief, the Trustee would show the Court as follows:

### BACKGROUND

1. On or about September 6, 2014 (the "Petition Date"), Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code [ECF No. 1]. Kenneth A. Welt is the duly appointed and acting Chapter 7 Trustee.

2. Listed as an asset on Debtor's Schedules as Amended, are certain parcels of real property owned jointly with the Debtor's spouse Karen Diamond-Boorstein. Such properties are located at 383 Valley View Rd, Blowing Rock, N.C. and 205 Park Bluff N, Chapel Hill, N.C.

27517 and more particularly described in the attached **Exhibit "A."** (Collectively referred to herein as the "Sale Properties").

3. The Debtor has listed the Sale Properties as being held Tenants by the Entireties.

4. The Sale Properties are both encumbered by secured claims.

5. The Debtor's schedules reflect joint creditors with his spouse, scheduled in excess of the proposed price in addition to the joint liability for the secured claims in the Sale Properties.

6. The Trustee proposes to sell the Debtor's, and the estate's right, title, and interest in the Sale Properties to Karen Diamond-Boorstein, as is, where is, with no representations or warranties.

7. The purchase price shall be paid to the Trustee by Mrs. Boorstein in the amount of $23,000, cash or otherwise cleared funds, on or before 15 days following entry of an order approving the sale.

8. The Trustee shall, upon receipt of the proceeds, deliver to the buyer a Trustee's deed transferring estate's right, title, and interest in the Sale Properties to Karen Diamond-Boorstein, as is, where is, with no representations or warranties along with a certified copy of the order approving this sale.

9. The funds to be paid to the estate represent and relate to the estates interest, any equity interests in the property as well as consideration of the costs of sale. Such proceeds will not be and are not subject to liens or secured claims, rather, the liens with respect to these properties will remain unaffected and unimpaired by the sale, as will any of the buyer's existing liability related to such indebtedness. The known parties holding interests or liens other than the buyer or Debtor are listed on Exhibit B.

10. The buyer shall be responsible for all matters of recording, title, documentary

stamps, and any other taxes or costs pertaining to the transfer of title following approval of the proposed sale.

11. The estate believes that the proposed sale is in the best interest of the estate and maximizes the value of the assets. The sale will generate net proceeds to the estate without the need for extensive costs of marketing and sale and without brokerage and other commissions.

12. The Trustee has reviewed the recent mortgage statements reflecting that the Blowing Rock property has a mortgage of approximately $418,399 and an appraised value as of February 2014[1] of $339,000, and the Chapel Hill property has a mortgage of approximately $473,674 and an appraised value October 2014[2] of $530,000.

13. In addition, Mrs. Boorstein is presently a co-owner of the properties, and in connection with the proposed sale there is no need to partition, displace, evict, or otherwise determine possession issues or issues related to assumption of the secured obligations as Mrs. Boorstein is already liable thereon.

14. The Trustee will create substantial additional benefit and mitigation of costs by way of a sale to a co-owner by avoiding the need for litigation with such co-owner regarding a sale of her interests to a third party.

15. In addition to the foregoing and by execution below, Mrs. Boorstein consents to the Trustee's administration of additional real property located at 50301 Governors Dr., Chapel Hill, N.C. 27517, with net proceeds to be administered for the benefit of Joint Creditors and 50% of a remainder, if any, to be paid to her.

16. By execution of this motion, Mrs. Boorstein agrees to the terms and conditions of sale as set forth herein, including the timely payment of the purchase price.

---

[1] The Trustee has reviewed an appraisal dated as of 2/14.
[2] The Trustee has reviewed an appraisal dated as of 10/14.

3

17. By way of this Motion, Trustee requests the entry of an order authorizing the sale of the Sale Property pursuant to the terms hereto. The Trustee further requests that the Court authorize the Trustee, at closing, to execute all appropriate documents to complete such sale, and to convey the Sale Properties the buyer.

18. Trustee believes the price to be fair, reasonable, and reflective of the net value to the estate.

19. Moreover, Trustee believes that the price is the best offer that he will be able to obtain for the sale while minimizing costs to the estate, particularly after considering the fees and costs that would have to be paid to a broker.

**WHEREFORE,** Kenneth A. Welt, as Chapter 7 Trustee, respectfully requests that this Court enter an order approving the sale of the estate's right, title and interest in the real property described on Exhibit A on the terms and consideration set forth herein and granting such other and further relief as the Court deems just and proper.

RICE PUGATCH ROBINSON & SCHILLER, P.A.
Attorneys for Chapter 7 Trustee
101 NE 3rd Ave., Suite 1800
Fort Lauderdale, Florida 33301
Facsimile: (954) 462-4300

By: /s Craig A. Pugatch
Florida Bar No. 653381
capugatch@rprslaw.com

**Terms of Purchase Agreed Upon by:**

_____
Karen Diamond - Boorstein

4

# EXHIBIT A

## Property 1

Address: 383 Valley View Rd, Blowing Rock, N.C.

Legal Description:

AS FULLY DESCRIBED AND FORTH IN THAT CERTAIN DEED CONTAINED IN THE Watauga County North Carolina Public Registry BK:br1197 PG:627
BEING all of Lot 88-A Mayview Manor as shown on the plat there of recorded in Plat Book 36 at Page 197 of the Watauga County North Carolina Public Registry.
Subject to the Declaration of Restrictions recorded in Book 36 at Page 640 of the Watauga County North Carolina Public Registry.

Parcel ID: 2807-76-4110-000

## Property 2

Address: 205 Park Bluff N, Chapel Hill, N.C. 27517

LEGAL REFERENCE:
Meadowmont/PH:03/LT#329

PARCEL ID:9798-02-87-9840

## EXHIBIT B

The following parties are believed to hold liens or interests in the subject property. Such liens will not be impaired or affected by the proposed transaction.

Meadowmont Homeowner's Association
400 Meadowmont Village CIrcle, # 429
Chapel Hill, NC 27517

Orange County Tax Collector
POB 8181
Hillsborough, NC 27278

PHH Mortgage Company
PO Box 371458
Pittsburgh, PA 15250

Wells Fargo
POB 11758
Newark, NJ 07101

Watauga County Tax Collector
Ste 21 Courthouse
842 W King St
Boone, NC 28607

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via the Court's CM/ECF system to all parties receiving notice by this method and by U.S. Mail to the parties listed on the attached mailing matrix on this 17 day of April, 2015.

By:    /s/Craig A. Pugatch
       Craig A. Pugatch, Esq.


## SERVICE LIST

### Via CM/ECF

Shaina M Druker on behalf of Creditor Wells Fargo Bank, NA
sobkmail@wolfelawfl.com

Christopher Giacinto on behalf of Creditor PHH Mortgage Corporation
cgiacinto@logs.com, electronicbankruptcynotices@logs.com

Kevin C Gleason, Esq on behalf of Debtor Aaron E Boorstein
kgpaecmf@aol.com

Kevin C Gleason, Esq on behalf of Defendant Aaron E Boorstein
kgpaecmf@aol.com

Orfelia M Mayor on behalf of Creditor Karen Diamond
omayor@ombankruptcy.com, legalservices@pbctax.com; carmen@ombankruptcy.com; cmbk@ombankruptcy.com; omayor@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Kristen N Pate on behalf of Creditor GGP Limited Partnership
ggpbk@ggp.com

Lawrence E Pecan on behalf of Interested Party Daniel L. Kaplan, MD
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Lawrence E Pecan on behalf of Plaintiff Daniel L. Kaplan, MD
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Craig A. Pugatch, Esq on behalf of Plaintiff Kenneth A Welt
capugatch.ecf@rprslaw.com

Craig A. Pugatch, Esq on behalf of Trustee Kenneth A Welt
capugatch.ecf@rprslaw.com

Damaris D Rosich-Schwartz on behalf of U.S. Trustee Office of the US Trustee
Damaris.D.Rosich-Schwartz@usdoj.gov

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**Via U.S. Mail**

Meadowmont Homeowner's Association
400 Meadowmont Village Circle, #429
Chapel Hill, NC 27517

Orange County Tax Collector
POB 8181
Hillsborough, NC 27278

PHH Mortgage Company
PO Box 371458
Pittsburgh, PA 15250

Wells Fargo
POB 11758
Newark, NJ 07101

Watauga County Tax Collector
Ste 21 Courthouse
842 W King St
Boone, NC 28607

See attached Mailing Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 14-30088-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Apr 17 15:11:39 EDT 2015 | GGP Limited Partnership<br>c/o Kristen N Pate<br>110 N Wacker Dr<br>Chicago, IL 60606-1511 | PHH Mortgage Corporation<br>c/o Christopher Giacinto<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 |
| Recovery Management Systems Corp<br>25 SE 2 Ave #1120<br>Miami, FL 33131-1605 | Ally Financial<br>POB 78234<br>Phoenix, AZ 85062-8234 | CRT Collection Service Inc<br>3209 Johnston Street # B<br>Lafayette, LA 70503-3763 |
| Citi Card<br>POB 15153<br>Wilmington, DE 19886-5153 | General Growth Industries<br>110 N Wacker Drive<br>Chicago, IL 60606-1526 | Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Karen Lucinda Diamond-Boorstein<br>205 Park Bluff N<br>Chapel Hill, NC 27517-8162 | La Vita Dolce Cafes, LLC<br>13006 Morehead<br>Chapel Hill, NC 27517-8448 | Levine & Stewart<br>John T. Stewart<br>100 Europa Avenue, # 360<br>Chapel Hill, NC 27517-2395 |
| Meadowmont Howners' Association<br>400 Meadowmont Village CIrcle, # 42<br>Chapel Hill, NC 27517-7505 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Orange County Tax  Collector<br>POB 8181<br>Hillsborough, NC 27278-8181 |
| PNC/PHH<br>POB 0055<br>Palatine, IL 60055-0001 | PNC/PHH<br>POB 371458<br>Pittsburgh, PA 15250-7458 | Parlament House<br>405 N Ocean Blvd<br>Pompano Beach, FL 33062-5116 |
| RBC Centura Bank<br>Lending Service Center<br>Rocky Mount, NC 27802 | Southpoint Mall, LLC<br>6910 Fayetteville Road, # 254<br>Durham, NC 27713-8247 | Sweeting Appraisal<br>250 Sunset Drive<br>Blowing Rock, NC 28605-7206 |
| Tahiti Village Vacation Club<br>File 50446<br>Los Angeles, CA 90074-0446 | Time Warner Cable TV<br>60 Columbus Circle, 16th Floor<br>New York, NY 10023-5860 | USAA<br>10750 McDermott Freeway<br>San Antonio, TX 78288-1600 |
| Watauga County Tax Collector<br>Ste 21 Courthouse<br>842 W King St<br>Boone, NC 28607-3485 | Wells Fargo<br>POB 11758<br>Newark, NJ 07101-4758 | Aaron E Boorstein<br>405 N Ocean Blvd., # 1924<br>Pompano Beach, FL 33062-5152 |
| Daniel L. Kaplan, MD<br>c/o Meland Russin & Budwick, PA<br>200 S. Biscayne Blvd.<br>Suite 3200<br>Miami, FL 33131-5323 | Karen Diamond<br>161 SW 52 Terr<br>Plantation, FL 33317-3622 | Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 |

Kevin C Gleason Esq
4121 N 31 Ave.
Hollywood, FL 33021-2011

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, NA           (d)Karen Lucinda Diamond-Boorstein           (d)Orange County Tax Collector
                                  205 Park Bluff N                             POB 8181
                                  Chapel Hill, NC 27517-8162                   Hillsborough, NC 27278-8181


End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33